# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 31, 2015

## NO. 03-14-00313-CR

**Kirt Allen Esthay a/k/a Kirt Allen Estay a/k/a Kirt Estay, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 119TH DISTRICT COURT OF CONCHO COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.